Certificate Number: 03088-PAE-DE-031210849

Bankruptcy Case Number: 16-15204



03088-PAE-DE-031210849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2018, at 6:00 o'clock PM CDT, Robert J Bost completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 20, 2018           By:   /s/Doug Tonne

                               Name: Doug Tonne

                               Title: Counselor