## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE: Robert J. Bost  
                Debtor

CHAPTER 13

BKY. NO. 16-15204 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**  
Kevin G. McDonald, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322 FAX (215) 627-7734