United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15204-mdc
Robert J. Bost                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 24, 2018
                              Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
```
db            +Robert J. Bost,    66 Aster Lane,    Levittown, PA 19055-1236
13787087       CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13764777      +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
14045587       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
13764778      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13764779      +Powers, Kirn & Javardian, LLC,    Gregory Javardian, Esq.,    1310 Industrial Blvd, Ste 101,
                Southampton, PA 18966-4030
13764780      +Rachelle Bost,    66 Aster Lane,    Levitown, PA 19055-1236
13764782       Udren Law Office, PC,    111 Woodcrest Rd, Ste 200,    Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:15     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:16     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:01     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13764781*     +Robert J. Bost,    66 Aster Lane,    Levittown, PA 19055-1236
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
```
              HARRY B. REESE    on behalf of Creditor    Bank of America, N.A., c/o CitiMortgage, Inc.
               harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
              JOHN L. MCCLAIN    on behalf of Debtor Robert J. Bost aaamcclain@aol.com,    edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robert J. Bost | : | Bky. No. 16-15204-mdc |
| | : | |
| Debtor | | |
| | : | |

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 8/24/18

FOR THE COURT

TIMOTHY B. McGRATH
Clerk of Court